996

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Yunier GARCIA–OLIVERA, a.k.a.**
**Yunier Garcia Olivera,**
**Defendant–Appellant.**

**No. 09–14693**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 20, 2010.

Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Lynn G. Waxman, Lynn G. Waxman, P.A., West Palm Beach, FL, for Defendant–Appellant.

Before PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Lynn G. Waxman, appointed counsel for Yunier Garcia–Olivera, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,**

and Garcia–Olivera's conviction and sentence are **AFFIRMED.**